| | | | |
|---|---|---|---|
| Challa v. Pinnacle Health Hospitals..... | 370 MDA 2016<br>Affirmed | 01/13/2017 | 06–2765<br>(Dauphin) |
| In the Int. of W.A.M.; Appeal of W.A.M. | 444 MDA 2016<br>Vacated | 01/13/2017 | CP–01–JV–0000122–<br>2015<br>(Adams) |
| Kovaleski v. Kovaleski ................ | 455 MDA 2016<br>Vacated and<br>Remanded | 01/13/2017 | 2015 FC 41393<br>(Lackawanna) |
| Challa v. Pinnacle Health Hospitals..... | 458 MDA 2016<br>Affirmed | 01/13/2017 | 2006 CV 2765<br>(Dauphin) |
| Com. v. Gruber ..................... | 475 MDA 2016<br>Affirmed | 01/13/2017 | CP–38–CR–0000887–<br>2015<br>CP–38–CR–0002024–<br>2015<br>(Lebanon) |
| Com. v. Morton ..................... | 479 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/13/2017 | CP–22–CR–0003513–<br>2013<br>(Dauphin) |
| Cicchiello v. Service Employee International ........................... | 579 MDA 2016<br>Affirmed | 01/13/2017 | 2015–1307<br>(Northumberland) |
| Com. v. Benninger ................... | 605 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/13/2017 | CP–19–CR–0001066–<br>2014<br>(Columbia) |
| Raymond v. Krouse [17] ................ | 963 MDA 2016<br>Affirmed | 01/13/2017 | S–31–2014<br>(Schuylkill) |
| Com. v. Ludwig ..................... | 1075 MDA 2016<br>Affirmed | 01/13/2017 | CP–36–CR–0005841–<br>2005<br>(Lancaster) |
| L.L.L. v. S.T.L. .................... | 1411 MDA 2016<br>Affirmed | 01/13/2017 | 2007–FC–40839<br>(Lackawanna) |
| Com. v. Yurcich–Shannon ............. | 655 WDA 2016<br>Affirmed | 01/13/2017 | CP–43–CR–0001336–<br>2015<br>(Mercer) |
| A.W. v. M.A. ....................... | 986 WDA 2016<br>Affirmed and<br>Vacated | 01/13/2017 | A.D. No. 2010–372<br>(Crawford) |
| PulteGroup, Inc. v. Patrick McDermott<br>Plastering ........................ | 2228 EDA 2015<br>Quashed and<br>Remanded | 01/17/2017 | 2010–08958<br>(Bucks) |
| PulteGroup, Inc. v. Patrick McDermott<br>Plastering ........................ | 2229 EDA 2015<br>Quashed and<br>Remanded | 01/17/2017 | 2010–08958<br>(Bucks) |

17. Petition for reargument denied March 16, 2017.